■ FRANK M. NIGRO et al., Appellants, v MATTHIAS WAGNER et al., Respondents. — Judgment of the Supreme Court, Suffolk County, entered September 9, 1983, affirmed, with costs to the respondent Town of Southampton, for the reasons set forth in the memorandum decision of Justice Cannavo at Special Term. Gibbons, J. P., O'Connor, Niehoff and Lawrence, JJ., concur.